UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. FREGIA, | Case No. 1:20-cv-01024-DAD-EPG (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF SETTLEMENT CONFERENCE |
| YUCUI CHEN, et al., | |
| Defendants. | (ECF No. 30) |

This matter has been referred for an early settlement conference. (ECF No. 27.) On September 23, 2021, Defendants filed a request to opt out of the settlement conference. (ECF No. 30.) Defendants' counsel explains that Defendants believe a settlement conference would be premature at this time and wish to defer participation in a settlement conference to conduct formal discovery and further investigate the claim. (*Id.*)

The Court will grant Defendants' request to opt out of an early settlement conference.[1] A settlement conference may be scheduled at a later date, if appropriate.

///

///

///

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 27), Defendants did not need to file a request to opt out of the early settlement conference. Instead, Defendants should have filed a notice that they are opting out of an early settlement conference.

1

1  Accordingly, IT IS HEREBY ORDERED that Defendants' request to opt out of an early
2  settlement conference (ECF No. 30) is GRANTED.

4  IT IS SO ORDERED.

   Dated:   **September 24, 2021**                /s/ _Erica P. Grosjean_
                                                  UNITED STATES MAGISTRATE JUDGE