UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. FREGIA,<br><br>                              Plaintiff,<br><br>      v.<br><br>YUCUI CHEN, et al.,<br><br>                            Defendants. | Case No. 1:20-cv-01024-ADA-EPG (PC)<br><br>ORDER GRANTING SECOND EX PARTE MOTION FOR EXTENSION OF TIME TO FILE SUR-REPLY TO PLAINTIFF'S MOTION FOR AN ORDER UNDER THE ALL WRITS ACT<br><br>(ECF No. 86) |

On February 1, 2023, defense counsel filed an *ex parte* motion for "a thirty-day extension of time to file a sur-reply to Plaintiff's Motion for an Order Under the All Writs Act, up to and including March 6, 2023." (ECF No. 78, p. 1). The motion was granted. (ECF No. 79). On March 2, 2023, defense counsel filed a second *ex parte* motion for an extension of time. (ECF No. 86). "Defense counsel requests an additional seven-days to file a sur-reply because the Warden is unexpectedly out this week on an unplanned personal matter, and not expected to return until March 8, 2023." (Id. at 1).

The Court finds good cause to grant the motion.

\\\

\\\

\\\

\\\

1

Accordingly, IT IS HEREBY ORDERED that the Warden has until March 13, 2023, to file a sur-reply to Plaintiff's Motion for an Order Under the All Writs Act.

IT IS SO ORDERED.

Dated: __**March 3, 2023**__                    /s/ _Erica P. Grosjean_
                                                                        UNITED STATES MAGISTRATE JUDGE