UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. FREGIA, | Case No. 1:20-cv-01024-ADA-EPG (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR DOCUMENTS AT THE EXPENSE OF THE GOVERNMENT |
| v. | |
| YUCUI CHEN, et al., | (ECF No. 94) |
| Defendants. | |

  Mark A. Fregia ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

  On April 21, 2023, Plaintiff filed a motion to obtain documents at the government's expense. (ECF No. 94). Plaintiff asserts that there is a related case set for appeal at the Ninth Circuit Court of Appeals. Plaintiff appealed from the denial of a motion for conflict of interest in Fregia v. Miranda, E.D. CA, Case No. 1:21-cv-01068. The same conflict of interest motion is also pending in this action. Plaintiff asks the Court to provide him with related documents. Plaintiff requests every declaration of service previously attached to all documents sent to him in this action since May 24, 2022. Plaintiff also requests a copy of all submissions he made in this case since May 24, 2022. Plaintiff states that he requested the same documents in Fregia v. Miranda. Plaintiff believes there are exceptional circumstances in these related cases.

  Plaintiff's motion will be denied. Plaintiff cites to no authority requiring the Court to provide him with copies of documents at its own expense in this situation, and the Court does

not generally provide copies of documents to litigants.  <u>See</u> ECF No. 3, p. 3 ("The Court will not make copies of filed documents or provide postage or envelopes for free even for parties proceeding in forma pauperis ."). Moreover, it appears that Plaintiff's motion is now moot. Plaintiff asks for the documents in order to support his appeal, but his appeal was dismissed on April 20, 2023.  <u>See</u> <u>Fregia v. Miranda</u>, ECF No. 99.

Accordingly, IT IS ORDERED that Plaintiff's motion to obtain documents at the government's expense is DENIED.

IT IS SO ORDERED.

Dated:   **April 24, 2023**                                /s/ *Erica P. Grosjean*
                                                                                  UNITED STATES MAGISTRATE JUDGE