UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. FREGIA,<br><br>    Plaintiff,<br><br>v.<br><br>YUCUI CHEN, et al.,<br><br>    Defendants. | No. 1:20-cv-01024-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR LIEN<br><br>(Docs. 147, 149, 161) |

Plaintiff Mark A. Fregia is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The magistrate judge issued findings and recommendations on November 12, 2024, recommending that plaintiff's motion for lien be denied. Doc. 161 at 4. The findings and recommendations provided plaintiff an opportunity to file objections. *Id.* Plaintiff has not filed objections and the deadline to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the filings, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on November 12, 2024, Doc. 161, are ADOPTED IN FULL;

1

2. Plaintiff's motion for lien (Doc. 147) is DENIED;

3. **Plaintiff is warned that filing baseless or repetitive motions, needlessly multiplying the proceedings, wasting judicial resources, or otherwise submitting filings in bad faith or for the purpose of harassment, may subject plaintiff to sanctions**; and

4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   March 25, 2025

_____
UNITED STATES DISTRICT JUDGE

2