UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. FREGIA,<br><br>        Plaintiff,<br><br>   v.<br><br>YUCUI CHEN, *et al*.,<br><br>        Defendants. | Case No. 1:20-cv-01024-KES-EPG (PC)<br><br>ORDER SETTING<br>SETTLEMENT CONFERENCE<br><br>**June 9, 2025 at 10:00 am** |

      Plaintiff Mark Fregia is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. §1983. The court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Helena M. Barch-Kuchta to conduct a settlement conference on June 9, 2025, at 10:00 a.m.

      The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference. The court will issue the order detailing the procedures for the settlement conference and the necessary writ in due course.

      Accordingly, IT IS ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Helena M. Barch-Kuchta on June 9, 2025, at 10:00 a.m. The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.

2. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at Mule Creek State Prison[1] via facsimile at (209) 274-5018 or via email.

IT IS SO ORDERED.

Dated:  **April 9, 2025**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] California Incarcerated Records and Information Search (CIRIS) indicates that Plaintiff is at Mule State Creek Prison, located at 4001 Highway 104, Ione, CA 95640. Plaintiff's address on file with the Court, however, states that he is at California State Prison, Sacramento, 100 Prison Rd, Represa, CA 95671. The Court will continue to serve Plaintiff at his address of record until Plaintiff updates it as required by L.R. 183(b). ("A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address.") Further, L.R. 183(b) provides that "If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."