**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK A. FREGIA, | Case No. 1:20-cv-01024-KES-EPG (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | **Pre-Settlement conference call: Monday, June 2, 2025 at 1:30 p.m.** |
| CHEN, *et al.*, | |
| Defendants. | |

Mark A. Fregia, CDCR #G-07230, a necessary and material witness in a settlement conference in this case on June 9, 2025, is confined in California State Prison, Sacramento (SAC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Helena M. Barch-Kuchta, by telephone conference from his place of confinement, on **Monday, June 2, 2025 at 1:30 p.m.**

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic conference, to participate in a pre-settlement conference at the time and place above, until completion of the pre-settlement conference or as ordered by the court. Plaintiff shall participate by calling—at the date and time listed above—the Court's Teleconference Line 1-669-254-5252; Meeting I.D. 160-644-7139; Passcode is 646053.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California State Prison, Sacramento at (916) 294-3072 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Patricia Apodaca, Courtroom Deputy, at papodaca@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SAC, P.O. Box 290002, Represa, CA 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barch-Kutcha at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **May 7, 2025**                                /s/ *Erica P. Grosjean*
                                                                 UNITED STATES MAGISTRATE JUDGE