**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK A. FREGIA,<br><br>               Plaintiff,<br><br>   v.<br><br>CHEN, et al.,<br><br>               Defendants. | Case No. 1:20-cv-01024 KES EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR DEFAULT RULING<br><br>(Docs. 208, 222) |

Mark Fregia asserts that L. Gosso, a medical assistant at the California Substance Abuse Facility, was deliberately indifferent to his serious medical needs by denying Fregia's medication. Doc. 164. Fregia seeks a "default ruling" from the court on his claim. Doc. 208. The magistrate judge found Fregia misconstrued the requirements for a party to bring an un-incarcerated witness who agrees to voluntarily testify. Doc. 222 at 2-3. The magistrate judge clarified the procedures and recommended the court deny the motion. *Id.*

The court served the findings and recommendations on all parties and notified them that any objections were due within 30 days. Doc. 222 at 3. The court also informed the parties that "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014). Fregia did not file any objections, and the deadline to do so expired.

///

1

Pursuant to 28 U.S.C. § 636(b)(1), the court conducted a de novo review of this case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis.  Accordingly, the Court **ORDERS**:

1.    The findings and recommendations issued on December 9, 2025 (Doc. 222), are **ADOPTED** in full.

2.    The motion for default ruling (Doc. 208), is **DENIED**.

IT IS SO ORDERED.

Dated:    February 10, 2026

_____
UNITED STATES DISTRICT JUDGE