UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK A. FREGIA,

               Plaintiff,

     v.

CHEN, et al.,

               Defendants.

Case No. 1:20-cv-01024-KES-EPG (PC)

ORDER DENYING PLAINTIFF'S REQUEST FOR PRE-TRIAL COURT TRANSCRIPTS

(ECF NO. 229)

Mark A. Fregia ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 9, 2026, Plaintiff filed a request for the transcripts from the pre-trial conference that was held on December 4, 2025. (ECF No. 229). Plaintiff states he requires the transcript of the pre-trial conference to be included as an exhibit and for impeachment and rebuttal purposes at trial. Specifically, Plaintiff alleges that Deputy Attorney Generals Lyndsay Crenshaw and Jiaye Zhou "misrepresent[ed] their professions and integrity of the Court and its officials as well as violated ethics, resulting in no less than all contentions Plaintiff has alleged and proven, regarding [sic] conflict of interest has prejudiced both this case and the related case …"

1

Plaintiff has cited no legal authority requiring the Court to pay to provide Plaintiff with a copy of a transcript from a pre-trial conference, and the Court is aware of none. If Plaintiff wants a copy, he may request a copy from the Clerk of Court for a fee. Fed. R. Civ. P. 30(f)(3) ("When paid reasonable charges, the officer must furnish a copy of the transcript or recording to any party or the deponent.").

Accordingly, IT IS ORDERED that Plaintiff's request for the pre-trial transcript is DENIED.

IT IS SO ORDERED.

Dated:    **February 17, 2026**        /s/ _Erica P. Grosjean_
                                         UNITED STATES MAGISTRATE JUDGE

2