UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. FREGIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LISA GOSSO,<br><br>　　　　　Defendant. | No.  1:20-cv-01024-KES-EPG<br><br>ORDER DENYING REQUEST FOR SANCTIONS; DENYING RENEWED REQUEST FOR TRANSCRIPT; AND GRANTING REQUEST FOR EXTENSION TO SERVE EXHIBITS<br><br>Docs. 242, 243, 245 |

Pending before the Court are plaintiff's request for sanctions, Doc. 242; plaintiff's renewed request for a transcript of the pretrial conference, Doc. 243; and plaintiff's request for a seven-day extension of time to serve his trial exhibits on defendant, Doc. 245.  For the reasons explained below, the request for sanctions is denied, the renewed request for a transcript is denied, and the request for an extension of time to serve defendant's trial exhibits is granted.

Plaintiff's request for sanctions, docketed on April 27, 2026, seeks sanctions against defense counsel for failing to meet and confer with plaintiff before filing motions in limine on April 14, 2026.  Doc. 242.  It also appears to request a seven-day extension of time to oppose the motions.  *Id.*  Defendant filed a response on May 4, 2026.  Doc. 247.  Defense counsel had previously filed a declaration on April 21, 2026, indicating that defense counsel did not manage to schedule a phone call with plaintiff prior to the April 14 motion filing deadline.  Plaintiff acknowledges that the parties met and conferred on April 20, 2026, regarding the motions in

1

limine.  Doc. 242; *see also* Doc. 241.  At that conference, plaintiff confirmed that he would oppose the motions.  Doc. 247.  Thereafter, plaintiff timely filed his objections to the motions in limine.  Doc. 244.

As plaintiff has already timely filed his objections to the motions in limine, the request for an extension of time to do so is DENIED AS MOOT.  As there is no showing of prejudice due to the brief delay in the meet and confer conference, plaintiff's request for sanctions is DENIED.

Plaintiff's renewed request for a transcript of the pretrial conference at court expense, Doc. 243, is DENIED.  No party has ordered the preparation of the transcript of the pretrial conference and plaintiff has not shown how that transcript would be admissible for any purpose at trial.  Plaintiff was previously informed that he could request a copy of the transcript from the Clerk of Court for a fee, *see* Doc. 232 at 2, but he has not done so.

Plaintiff's unopposed request, docketed on April 30, 2026, for a seven-day extension of time to provide his trial exhibits to defendant is GRANTED.  Doc. 245.  Plaintiff shall serve (1) one copy of his trial exhibits on defendant's counsel by May 12, 2026.  Defendant shall file any objections to plaintiff's trial exhibits by May 26, 2026.

IT IS SO ORDERED.

Dated:   May 5, 2026

_____
UNITED STATES DISTRICT JUDGE

2