UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK A. FREGIA,

Plaintiff,

v.

LISA GOSSO,

Defendants.

Case No.: 1:20-CV-01024-KES EPG

NOTICE AND ORDER THAT **PLAINTIFF MARK A. FREGIA, CDCR # G-07230**, IS NO LONGER NEEDED IN THESE PROCEEDINGS AND DISCHARGING THE WRIT OF HABEUS CORPUS AD TESTIFICANDUM

The jury trial in this matter commenced on August 10, 2026, and **Plaintiff Mark Fregia, CDCR # G-07230**, has testified and represented himself as his own attorney and is no longer needed by the court in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED

IT IS SO ORDERED.

Dated: August 13, 2026

KIRK E. SHERRIFF
UNITED STATES DISTRICT JUDGE