**FILED**
**JUDGMENT ENTERED**

**August 14, 2026**
**Date**
**by:** V.GONZALES
**Deputy Clerk**

**U.S. District Court**
**Eastern District of California**
**XX CASE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

MARK FREGIA.,

Plaintiff,

vs.

LISA GOSSO.,

Defendant.
_______________________________/

**JUDGMENT IN A CIVIL ACTION**

1:20-CV-01024-KES-EPG

JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that:

*JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENSE, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 8/13/2026.*

DATED: 8/14/2026

KEITH HOLLAND, Clerk

By: /S/ Victoria Gonzales
Deputy Clerk

jgm.civ
2/18/2025